UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARTHUR J. STEBBINS,

                Plaintiff,

                                                    ORDER
        v.                                            06-CV-610A

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

        The Court hereby adopts the Report and Recommendation of Magistrate Judge Leslie G. Foschio, filed June 19, 2008, with the modifications as set forth in the Stipulation for Settlement of Commissioner's Objections to the Report and Recommendation filed on October 28, 2008.  The Clerk of Court shall enter judgement pursuant to the fourth sentence of 42 U.S.C § 405(g) and Rule 58 of the Federal Rules of Civil Procedure.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                              s/ *Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED:  September   , 2008